AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

LEILANI R. DOW,

                      Plaintiff,

          v.

PORTLAND ORTHOPEDICS, LTD, a foreign corporation; and PORTLAND ORTHOPEDICS, INC., a Delaware corporation,

                   Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-344-JLQ

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that pursuant to the Stipulation of the parties, Judgment of Dismissal is entered, with prejudice, of the Complaint and the claims therein without costs or attorneys fees to any party.

October 2, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson